ORDERED UNSEALED on **11/06/2023** **s/ Alexandra**

~~SEALED~~

s/ AlexandraSudan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>JOSEPH LUCAS,<br>Defendant. | Case No.: 23mj3666<br>COMPLAINT FOR VIOLATION OF:<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;<br>18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; |

The undersigned complainant, being duly sworn, states:

COUNT 1

On or about September 4, 2023, within the Southern District of California, defendant JOSEPH LUCAS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Smith & Wesson, model S09VE , 9-millimeter pistol bearing serial number HEV8667, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 2

On or about September 4, 2023, within the Southern District of California, defendant JOSEPH LUCAS knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: fifteen (15) rounds of 9-millimeter caliber ammunition made by assorted manufacturers, in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Amanda Renteria

Amanda Renteria, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 5th day of October 2023.

Allison H. Goddard

Hon. Allison H. Goddard
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all the information known to myself or other federal agents and state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On September 4, 2023, Chula Vista Police Department (CVPD) Officers were dispatched to a call for service regarding a physical altercation between a security guard and a male in the parking lot of the Hotel Palmeras located at 230 Broadway, Chula Vista, California. Upon arrival, CVPD Officers interviewed the security guard who stated he contacted a male driver, later identified as JOSEPH LUCAS "LUCAS", as he was driving the wrong direction in the hotel parking lot. Both the security guard and LUCAS exited their respective vehicles, to which the security guard stated LUCAS became increasingly aggressive and appeared to be under the influence. Once back in their respective vehicles, LUCAS threw a glass alcohol bottle through his window at the security guard, which hit his arm. The security guard described LUCAS as a black male, driving a black Dodge Challenger with a red stripe down the center of the vehicle.

Shortly after, officers observed a black Dodge Challenger, with California plate, 7YDK927, driving slowly southbound on Broadway Avenue. The security guard confirmed the vehicle was LUCAS' vehicle. LUCAS turned into the Red Roof Inn parking lot located at 394 Broadway Avenue. Officers initiated a vehicle stop by activating their marked patrol overhead lights and sirens. LUCAS continued to drive slowly through the parking lot until encountering a closed metal gate which prevented LUCAS from exiting the parking lot.

Once LUCAS' vehicle came to a complete stop, the officers conducted a high-risk vehicle stop. LUCAS continued to ignore the officer's commands and became argumentative. LUCAS ultimately complied with commands and was detained. The driver was identified as JOSEPH LUCAS. Law enforcement queries revealed LUCAS was a convicted felon and was previously on probation for a firearm charge.

During the on-scene investigation, officers suspected LUCAS of driving under the influence. Additionally, the security guard positively identified LUCAS as the individual who assaulted him, through previous booking photos and a field identification line up.

LUCAS was placed under arrest for assault with a deadly weapon and driving under the influence. An inventory search of the black Dodge Challenger prior to impound was conducted. Officers located a Smith & Wesson, model S09VE, 9-millimeter pistol bearing serial number HEV8667 loaded with fifteen (15) 9-millimeter caliber rounds of assorted ammunition in the magazine, underneath the passenger seat.

LUCAS was transported for further processing and investigation and later booked into Central Jail for driving under the influence, assault with a deadly weapon and felon in possession of a firearm.

Preliminary records checks revealed the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 05/29/1997 | CASC – San Diego | 422 PC-Possession of a Controlled Substance | 3 years' probation, 180 Days in Jail |
| 02/27/1998 | CASC – San Diego | 12021 PC-Felon in Possession of a Firearm | 2 Years' Probation, 365 Days Jail |
| 03/16/2000 | CASC- San Diego | 12021(A)(1) PC-Felon Possess Firearm | 2 years' Prison |
| 01/14/2002 | CASC- San Diego | 11352(A) Transport/Sell Narcotics | 4 years' Prison |

| | | | |
|---|---|---|---|
| 07/03/2007 | SDCA- San Diego | 21 USC 844 (a)(1) Possession with intent to Distribute | 144 months' Prison, 48 Months Supervised Release (Federal) |

The firearm and ammunition were inspected. Preliminary checks revealed the firearm and ammunition were not manufactured in California. Therefore, the firearm and ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, may cause destruction of evidence, or otherwise have a negative impact on this continuing investigation.